UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MATTHEW THEISZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| MBTA, DEREK SMITH, | ) | |
| JONATHAN DAVIS, BEVERLY A. | ) | |
| SCOTT, and JOHN & JANE DOE 1-20 | ) | |

## NOTICE OF REMOVAL OF ACTION
## PURSUANT TO 28 U.S.C. §§ 1331 and 1367

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS:

Pursuant to 28 U.S.C. 1331, defendants Massachusetts Bay Transportation Authority (MBTA), Dr. Beverly A. Scott (Scott), and Jonathan Davis (Davis) (hereinafter referred to collectively as the ("MBTA Defendants") hereby remove to this Court the court action described below, based on federal question jurisdiction. In support of this notice, the MBTA defendants state:

1. On or about January 26, 2018, the plaintiff Matthew Theisz commenced an action in the Suffolk County Superior Court entitled *Matthew Theisz v. MBTA, Derek Smith, Jonathan Davis, Beverly A. Scott, and John & Jane Doe 1-20,* Civil Action No. 1884CV00278. Defendants first received a copy of the complaint when they were served on March 5, 2018.

2. The complaint alleges violations of plaintiff's civil rights under 42 USC §1983, as well as the Fourth and Fourteenth Amendments to the United States Constitution, based upon an alleged physical altercation between plaintiff and defendant Derek Smith (Smith).

## JURISDICTION

3. This is a civil action over which this court has federal question jurisdiction over Counts I through IV of the plaintiff's complaint pursuant to 28 U.S.C. 1331.

4. Counts I through IV of the plaintiff's complaint allege violations of the plaintiff's civil rights under 4th, 5th and 14th Amendments to the United States Constitution, actionable under 42 U.S.C. §1983.

5. Count V of the plaintiff's complaint alleges violations of civil rights actionable under the Massachusetts Declaration of Rights.

6. This court has supplemental jurisdiction over Count V of the plaintiff's complaint pursuant to 28 U.S.C. §1367.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7. In compliance with 28 USC §1446(a) and Local Rule 81.1 copies of all process, pleadings, and orders received by defendants are attached hereto as Exhibit A.

8. This notice is being filed within 30 days of service upon the defendant of the state court complaint and is therefore timely in accordance with 28 U.S.C. § 1441(a).

9. In accordance with 28 U.S.C § 1441(d), defendants will promptly file a copy of this notice with the clerk of the Suffolk Superior Court.

10. Venue is proper in this court pursuant to 28 U.S.C. § 1441(a). The defendants seek to remove this case to the Eastern Division of the District of Massachusetts, and cases arising from Suffolk County are properly assigned to the Eastern Division pursuant to Local Rule 40(c)-(d).

## CONCLUSION

Wherefore, the defendants hereby remove the above captioned matter now pending in the Superior Court for Suffolk County, Massachusetts, to the United States District Court for the District of Massachusetts, Eastern Division and respectfully request that the District Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the removal.

Respectfully submitted,

Massachusetts Bay Transportation Authority, Jonathan Davis, and Beverly A. Scott,

By their attorneys,


March 3, 2018

_____/s/ Scott A. Spencer_____
John J. Bonistalli, (BBO# 049120)
Scott A. Spencer (BBO# 678116)
Law Offices of John J. Bonistalli
160 Federal Street, 15th Floor
Boston, MA 02110
(617) 737-1771
scott.spencer@bonistallilaw.com